## Commonwealth, Appellant, *v.* Scott.

Argued November 13, 1969. *Robert L. Campbell,* Assistant District Attorney, with him *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellant; *Carl Blanchfield, Barney Phillips* and *Wendell G. Freeland,* for appellee.

Order affirmed.

## Commonwealth *v.* Stone, Appellant.

Submitted November 13, 1969. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., absent.